**Order filed September 1, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00389-CV

———————

### CYPRESSWOOD LAND PARTNERS I AND STEPHEN A. MORROW, Appellants

### V.

### BEIRNE, MAYNARD AND PARSONS, LLP, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2014-48326**

## O R D E R

Appellants' brief was due August 25, 2016. No brief or motion for extension of time has been filed.

Unless appellant **Stephen Morrow** files a brief with this court on or before **September 26, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

On August 30, 2016, the court requested that appellant **Cypresswood Land Partners I** obtain counsel to represent it in this appeal and file a notice of appearance by September 15, 2016. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (only a licensed attorney may appear and represent a corporation in litigation).

PER CURIAM